IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | Case No.: **8:18cb7** |
|---|---|
| Plaintiff, | Violation No.: **NE14 6483455** |
| vs. | **NE14 6483456** |
| **Scott C. Johnson,** | **ORDER TO APPEAR** |
| Defendant. | |

You are ordered to appear for your next court hearing on **September 25**, 20**18** at **9:00** a.m. in Courtroom No. 7 at the Roman L. Hruska Federal Courthouse, 111 S. 18th Plaza, Omaha, Nebraska.

Failing to appear in court as directed may result in a warrant being issued for your arrest. You may be subject to an additional charge of Failure to Appear or a finding of Contempt of Court. Each of these may be punishable by a term of imprisonment, a fine or both.

Dated this **31** day of **July**, 20**18**

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge

Defendant hereby acknowledges receipt of this Order and promises to appear at the date and time above.

**7/31/2018**
Date

_[signature]_
Defendant